*HEATHER HULON, as Personal Representative of ANTHONY HULON, Deceased v CITY OF LANSING, et al*

**Case No. 1:20-cv-01023-PLM**

**Defendant's Reply in Support of Their Motion to Dismiss (ECF No. 20) and Response in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 28)**

**Exhibit A – Press Release**



Daryl Green, Chief

**OFFICE OF PUBLIC INFORMATION**
Lansing Police Department
120 W. Michigan

| | |
|---|---|
| For Media Release | Contact Chief Daryl Green |
| April 11, 2020 | Phone: 517-483-6040 |
| | daryl.green@Lansingmi.gov |

**Inmate Death Investigation**

Today, April 11, 2020 a 54 year old Lansing male died in custody at the Lansing Police Department Detention.  The male was in custody on suspicion of a domestic assault that occurred at approximately 1:00PM on April 10, 2020.

The male inmate was transported to a local hospital earlier in the evening at approximately 10:00 PM on April 10, 2020 after exhibiting medical complications unrelated to his arrest.  The inmate was cleared from the hospital at 12:50AM on April 11, 2020 and upon return to the Detention Center at 1:04 AM his medical complications recurred.  Officers immediately started life saving measures and used an AED in attempt to regain consciousness.  The Lansing Fire Department responded and the inmate was pronounced deceased at a local hospital.

"The incident is a tragedy and we are committed to understanding what led to this subject's death," stated Chief Daryl Green.  Two police officers and two detention officers have been placed on Administrative Leave with pay, pending a Michigan State Police investigation.  An internal investigation will commence subsequent to the MSP investigation.

For any further questions please contact MSP 1st District Headquarters at 517-898-2552.