UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER HULON,

      Plaintiff,                    Case No. 1:20–cv–1023

  v.                             Hon. Jane M. Beckering

CITY OF LANSING, et al.,

      Defendants.
_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Status Conference
Date/Time:           April 25, 2022   11:00 AM
District Judge:      Jane M. Beckering
Place/Location:     by telephone

*Counsel shall be prepared to discuss the status of this matter, the parties' Stipulation to amend certain case management order dates (ECF No. 50), and what, if any, proceedings are necessary to help move this case toward conclusion. Requests to adjourn or reschedule this Conference will not be favored.*

                            JANE M. BECKERING
                            United States District Judge

Dated:  April 18, 2022       By:   /s/ Rick M. Wolters_____
                               Case Manager